JAMES A. ROBERTS, as Receiver of the METROPOLITAN MUTUAL SAVINGS AND LOAN ASSOCIATION . OF BUFFALO, Respondent, *v.* ADELBERT D. CRONK, Appellant.

*Roberts* v. *Cronk,* 94 App. Div. 171, affirmed.
(Argued June 15, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 28, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the Erie County Court on trial without a jury.

*Irving W. Cole* and *B. W. Nye* for appellant.

*Clark H. Timerman* and *Lincoln A. Groat* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.